# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JENNIFER HARTMAN,** Defendant. | PO-17-5072-JTJ <br><br> **VIOLATION:** 6563955 <br><br> Location Code: M13 <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $85 and a $30 processing fee for VN 6563955 for a total amount of $115 in full by September 25, 2017. Payment(s) should be mailed to the following address:

> CENTRAL VIOLATIONS BUREAU
> P.O. Box 71363
> Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance, currently scheduled for August 11, 2017, is VACATED.

DATED this 9th day of August 2017.

John Johnston
United States Magistrate Judge